■ C. ELVIN SIMMONS, Appellant, v NANCY M. SIMMONS, Respondent. (Appeal No. 2.) [869 NYS2d 816]

Same memorandum as in *Simmons v Simmons* (57 AD3d 1400 [2008]). Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.